# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**IIC MANAGEMENT COMPANY, LTD.**                                          **PLAINTIFF**

v.                                **Case No. 4:19-cv-00697-KGB**

**UTAH CORD BANK, INC.**                                                      **DEFENDANT**

## AGREED ORDER TRANSFERRING CASE

Now pending before this Court is the motion to dismiss, or in the alternative, for change of venue filed by defendant Utah Cord Bank, Inc. ("Defendant") (Dkt. No. 3). After full and due consideration of the pleadings and exhibits filed herein, statements and agreements of the parties and their respective counsel, and other matters, this Court finds and orders as follows:

       1.       With its motion to dismiss, or in the alternative, for change of venue, Defendant has requested that this case be transferred to the United States District Court for the District of Utah.

       2.       Plaintiff IIC Management Company, Ltd. has no objection to such request.

Therefore, the Court orders that:

       A.       Defendant's motion to dismiss, or in the alternative, for change of venue is denied as moot.

       B.       Based upon the parties' agreement, which counsel communicated in an e-mail to the Court, the Clerk is directed to transfer this matter immediately to the United States District Court for the District of Utah for further disposition.

It is so ordered, this the 30th day of October 2019.

_____
Kristine G. Baker
United States District Judge